**Exhibit A to the Complaint**

**Location:** Fountain Valley, CA  **IP Address:** 45.48.143.38
**Total Works Infringed:** 29  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D7BB58A0800EC4F7DE6145777AB30F4BE14F41B3<br>File Hash:<br>76BF26B54A478C83AD6D5230EBD2C04CA484DAA584DB0A439E7BAC5C05C9A930 | 07-24-2022<br>23:11:18 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 2 | Info Hash: 6535C1E8DE58334C3F9F0DAEC5D58EB3D3B9C51F<br>File Hash:<br>E7BFCE3D197C3E047A861D408BA8FDF5C8C82D64E436CBAE1C44FE73879079E7 | 07-24-2022<br>22:47:47 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |
| 3 | Info Hash: 095084FEA9C3BC00F51753092FC2B3A389D5F395<br>File Hash:<br>CDD7E9AAD8BEAAECAACBE616E4E494931ADE320814969AAE693B8686CD7BFF0E | 07-23-2022<br>11:57:18 | Slayed | 09-09-2021 | 09-30-2021 | PA0002320424 |
| 4 | Info Hash: C528B6C4CF48F8C66022CBD18D96548DF418CD02<br>File Hash:<br>600F04ADE3E74FEB8E6E7B8D540EA517BE6C8C308495A6A0E226B49E020DD7BB | 07-23-2022<br>10:55:40 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 5 | Info Hash: 3E074DF575D215595598666F2C6D47AC93089579<br>File Hash:<br>922B658ACC5D58F70910408274EC174E7630AC86E147C52C19D735D434D5E440 | 07-22-2022<br>05:59:14 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 6 | Info Hash: A5868DB055E6BA07604F1460A98AD3366893B1E0<br>File Hash:<br>6FA2A9EDAA4962F290C35D793DEE1D9D118398A5837CD2A5CE2EE139A966FF8A | 07-21-2022<br>12:02:19 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 7 | Info Hash: 4A5EC5606BCCC71DF5BB2005943BD392611D4127<br>File Hash:<br>D0D15D7B54E6787AF441214022D3059D8CBFB227F9E3823B29BD5FD34844EF7C | 07-21-2022<br>06:05:10 | Slayed | 08-19-2021 | 09-08-2021 | PA0002316102 |
| 8 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash:<br>7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07-20-2022<br>01:31:59 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 9 | Info Hash: 196A8879B8F26C1F6342DAA6E71EFFB73FD7DA60<br>File Hash:<br>D55C6C85D53A56FFB992C8BBC7002F3CEFBD1BA90A0F40A6C3C5CF7B8B47F3C2 | 07-09-2022<br>07:54:19 | Slayed | 10-28-2021 | 12-03-2021 | PA0002333378 |
| 10 | Info Hash: 121170F1552B3251C236FECFEA5F0DCC9C909286<br>File Hash:<br>BA4FDD90CD82EE1199B8954F25C67E2B7057E376EEE72D8C259010CF17A80A6A | 07-07-2022<br>19:04:45 | Slayed | 11-23-2021 | 12-03-2021 | PA0002333377 |
| 11 | Info Hash: DA14F3F42C4D432C6B20C0A6AA6AE8796C9DD99B<br>File Hash:<br>6010BBC4C394EF3CE15806B3DBCECDC0A223C39CF95AB9D777EDD29856F23E2C | 07-05-2022<br>04:12:02 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DA9EF435B7C4ECE11F5625176A8808FF6E8D4DB6<br>File Hash: CA3BD7057EA1BD3891366E736327740BDBB4363B6C4D1A1AAAACB8F2E57CC21C | 07-03-2022 22:57:31 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 13 | Info Hash: 4D63B8107ECB08BC2363E00D8CA2F2A570D981F1<br>File Hash: 9AC9292886DB9820048DF3E26DF9761CB8DFF0735AC13E7A17CEB465F1C959BD | 07-02-2022 01:18:17 | Slayed | 12-07-2021 | 01-07-2022 | PA0002337491 |
| 14 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash: 93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 06-30-2022 02:55:51 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 15 | Info Hash: 9DB43330CB7984F1D8AD7735052DE7639EA81F25<br>File Hash: BAC881FB42E1D473EB0B4B52AB59FAD0CB89232A948E9A9EE25AD562DD211E9C | 06-29-2022 18:27:44 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 16 | Info Hash: F669C203F77A39DD0365D83D1980F21A3EC86784<br>File Hash: 4954270727A55DA8F36D25260C5FD8F5FA6150B09CF9409A45BF77E5EC196237 | 06-29-2022 07:58:18 | Slayed | 11-30-2021 | 12-03-2021 | PA0002333380 |
| 17 | Info Hash: 7ECCE63B9FD1F268575878B922B6670B56CBB641<br>File Hash: 2D758C22B15C62121DDDC23AF6B1DF791DEA87861E7EE2B99EA7D5C4BC78DFAF | 06-28-2022 18:50:57 | Slayed | 01-25-2022 | 02-03-2022 | PA0002341780 |
| 18 | Info Hash: 51755D96E57638AF2543396BB63F3B99D84B6520<br>File Hash: BB5CCBEF2852F8671E39D8E841A2C330CC28F56B6363DF78A89920914450776E | 06-28-2022 11:34:24 | Slayed | 10-21-2021 | 11-01-2021 | PA0002326406 |
| 19 | Info Hash: F0DBD44C44CD6A1827AA2945C184F1549D0AF018<br>File Hash: 3390883B77DBF4484DEB987E5A07FDD9C70F25511AC71D098F25F8C614ED65F6 | 06-28-2022 10:54:06 | Slayed | 11-04-2021 | 12-03-2021 | PA0002333371 |
| 20 | Info Hash: 4F127540979AB7B835A525E8D63DF6CAFC036C3C<br>File Hash: 13756AC1F1D19225A4EB305658A392FCB07D01FE3C87EF3BD686B25126FB7D47 | 06-28-2022 05:57:22 | Slayed | 10-14-2021 | 11-01-2021 | PA0002326407 |
| 21 | Info Hash: A6F22F651758975DB63BD4D4687C87E151C56142<br>File Hash: 9D60212D318267FEEF215F44044707DE7221244E00C8F004AE89179F7E984AD5 | 06-27-2022 18:05:23 | Slayed | 10-07-2021 | 11-01-2021 | PA0002326408 |
| 22 | Info Hash: 700D8BA6CFB86C1FCDB86824A983D260F0D3822A<br>File Hash: A50BF53F69F7148130AE7168E21ADC13FEE05340B4945038CB566D51A4050F30 | 06-27-2022 18:03:28 | Slayed | 11-11-2021 | 12-03-2021 | PA0002333373 |
| 23 | Info Hash: 8F50B923A4FDEECF032A17004AE5FBFAA0E80C41<br>File Hash: E9867D546A534D54F7D9D42EE5A6B4B943BCEB0272389C79E7E73CBBDD81CB28 | 06-27-2022 10:20:00 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F6B84AB416F34CB9BE79EDA365317979F4A220C5<br>File Hash: 0FB78F55714EA23950972B09E842D7197F8578D153687E120421211BDCD7EC70 | 06-27-2022 05:12:15 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 25 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash: 23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 06-16-2022 03:49:13 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 26 | Info Hash: E081ECD813668280E3C6F4D315E9D1BCD585D50F<br>File Hash: B640BFB45BF1C40BCAC90797322F8ED7C6EF1079C1AD872455AEA83D3380A666 | 06-10-2022 01:07:17 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 27 | Info Hash: 1D9E0D20C47DC94E048685E7332B03C86D2F3E32<br>File Hash: 614FEC163AE5BF89B7F2D58AC3272E4B5D2D12D35DDFDAEF2EDADAB8A19EC880 | 06-08-2022 12:33:28 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 28 | Info Hash: 2123EB296B10E80D721BB25D2C0074E75CAEF3E6<br>File Hash: FF01AC2CB5D9D764CB13C9A27293C069360A3152E28E6AC72D93C9BBA82972D5 | 06-06-2022 11:59:37 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 29 | Info Hash: 419705ABACCB5386FA5857670D7125BC2C4130A6<br>File Hash: 0A81A774C775E264BA4E63AB696996368FCE6466077561A59563FB282B0D313D | 05-26-2022 05:55:31 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |